432 A.2d 254

## Commonwealth v. Lynch, Appellant.

Submitted March 17, 1980. James A. Lynch, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Judgment of sentence affirmed.

432 A.2d 255

## Commonwealth v. Shelton, Appellant.

Submitted September 13, 1979. Herman Winderman, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.

Order affirmed.